IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | No. 5:25-CV-406-DAE |
| Plaintiff, | § | |
| vs. | § | |
| TWIMBV INCORPORATED doing business as Capisce Gentleman's Club doing business as Capisce Gentlemen's Club doing business as Capisce Babes, and ARTURO A. VELARDE, | § | |
| Defendants. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION;
GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

Before the Court is a Report and Recommendation filed by U.S. Magistrate Judge Henry J. Bemporad. (Dkt. # 21.) On September 4, 2025, the Court referred Plaintiff Joe Hand Promotions, Inc.'s Motion for Final Default Judgment to Magistrate Judge Bemporad. (Dkt. # 14.) Magistrate Judge Bemporad filed his Report and Recommendation on November 6, 2025. Objections to the Report and Recommendation were due within 14 days after being served with a copy. Neither party filed any objections to the Report and Recommendation.

BACKGROUND

This case is an "anti-piracy" action under the Federal Communications Act of 1934 ("Communications Act"), as amended, 47 U.S.C. §§ 553 or 605. Plaintiff's suit alleges that Defendants illegally and without authorization intercepted or received the closed-circuit telecast of the May 7, 2022 broadcast of "Ultimate Fighting Championship® 274: Charles Olivere v. Justin Gaethje (the "Event"), and exhibited the Event in Defendants' establishment without entering into a contract with Plaintiff to display the Event. (Dkt. # 1.) Plaintiff alleges that it was the holder of the exclusive commercial distribution rights to the Event. (Id.)

After properly serving Defendants, Defendants failed to answer or otherwise respond within the time required by the Federal Rules of Civil Procedure. On Plaintiff's request, the Clerk issued entry of default against Defendants on June 26, 2025. (Dkts. ## 12, 13.) Plaintiff now moves the Court for entry of final default judgment against Defendants. (Dkt. # 14.) On November 6, 2025, Magistrate Judge Bemporad entered a Report and Recommendation on the motion for default judgment, recommending that the Court grant Plaintiff's motion. (Dkt. # 21.) No objections were filed.

ANALYSIS

Where, as here, neither party objects to the Magistrate Judge's findings, the Court reviews the Report and Recommendation for clear error. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

After careful consideration, the Court adopts the Magistrate Judge's Report and Recommendation.  The Court finds that the Magistrate Judge's conclusion is correct that Defendants have not entered an appearance in this case or otherwise responded, and that a default was entered against Defendants, they are neither minors nor incompetent, they are not in military service, and they were provided notice of the motion for default judgment.  (Dkt. # 21 at 4.)  Additionally, the Magistrate Judge's conclusion that Plaintiff demonstrated its entitlement to default judgment against Defendants and the calculation of damages are neither clearly erroneous nor contrary to law.

CONCLUSION

Accordingly, for the reasons given, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 21) as the opinion of the Court, and **GRANTS** Plaintiff's Motion for Final Default Judgment (Dkt. # 14).  It is **ORDERED** that Plaintiff be awarded the following damages, fees, and costs:

(1) $3,285 in statutory compensatory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

(2) $16,425 in statutory enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);

(3) $1,975 in reasonable attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii); and

(4) $419 in costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

Defendant should also pay post-judgment interest, to be calculated and compounded pursuant to 28 U.S.C. § 1961, until the judgment is paid in full. The Clerk's Office is **INSTRUCTED** to **ENTER JUDGMENT** and **CLOSE THE CASE**.

**IT IS SO ORDERED**.

DATED: San Antonio, Texas, December 15, 2025.

_____
David Alan Ezra
Senior United States District Judge